# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Juan Solano ) | Case No: 07-088 (JLL) |
| ) | USM No: 28295-050 |
| Date of Previous Judgment: May 24, 2007 ) | Julie A. McGrain, Esq. |
| *(Use Date of Last Amended Judgment if Applicable)* ) | Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___87___ months **is reduced to** ___46___.

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*
Previous Offense Level: ___29___              Amended Offense Level: ___23___
Criminal History Category: ___I___            Criminal History Category: ___I___
Previous Guideline Range: __87__ to __108__ months     Amended Guideline Range: __46__ to __57__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other *(explain)*:

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated 5/24/2007 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 10/25/11

Effective Date: November 1, 2011
*(if different from order date)*

Jose L. Linares, United States District Judge
*Printed name and title*